Holli LUNDAHL, D C, Plaintiff-counter-defendant—
Appellant,

and

Donald R. Johnson, D O; Mission Trail Medical Center, Inc.; Mission Trail Medical Group, Inc., Lundahl Chiropractic, Inc., Plaintiffs-counter-defendants,

v.

ELI LILLY & COMPANY, an Indiana Corporation; Connie Elliano; Lori Pivo, Karen Kadyk; Connie Harrison; Merrelin Bland; Joyce Johnson; Beverly Gilsdorf; Patricia Wayman; Eve Chaplin; City of Riverside; County of Riverside Sheriffs' Department, Does 1 through 100 inclusively; Michael Stock; Brij Brij Pandey MD; Steve Johnson; Mike Harrington, Eli Lilly Benefit's Attorney; Bruce Barclay; John Lehey; Deb McDanils Marsha Whitley; Benefits Committee at Eli

Lilly; Jo Anne Bell; Debbi Gilsdorf; Marcia De La Torre; Alma Mohr; Sandra Dicochea; Kim Gabbard, Defendants,

and

Advanced Cardiovascular Systems, Inc., a California Corporation, Defendant-counter-claimant—Appellee.

No. 98–56850.

D.C. No. CV–94–00021–RJT.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 9, 2002.

Decided Aug. 26, 2002.

Before REINHARDT, LEAVY and TROTT, Circuit Judges.

ORDER *

Because Appellant's claims against all parties have not been adjudicated and the district court has yet to enter a final judgment, this court lacks jurisdiction under 28 U.S.C. § 1291. *Gamboa v. Chandler*, 101 F.3d 90, 91 (9th Cir.1996).

The appeal is DISMISSED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

